IOWA LIVE STOCK COMPANY v. J. H. LOWMAN.

Appeal not Perfected: DISMISSED.

*Appeal from Cass District Court.*—HON. H. E. DEEMER, Judge.

WEDNESDAY, FEBRUARY 1, 1893.

ACTION to recover an amount alleged to be due on a subscription for shares of the capital stock of the plaintiff. After the evidence had been submitted, a verdict was returned for the defendant, by direction of the court. A motion for a new trial was overruled, and judgment was rendered in favor of the defendant.—*Dismissed.*

*H. G. Curtis,* for plaintiff.

*J. C. Bryant* and *De Lano & Meredith,* for defendant.

ROBINSON, C. J.—The abstract submitted fails to show that an appeal has been taken. The defendant, in an additional abstract, denies that a notice of appeal has been served, and to that there is no response by plaintiff. The case is therefore DISMISSED.